
Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
      IN PRO-SE

**RECEIVED**

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br>698 Cypress Avenue,<br>Colton, CA 92324-1952<br>(909) 370-4454-phone<br>    Plaintiff in Pro-Se<br><br>VS.<br><br>U.S. DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon,<br>Washington, D.C. 20301-1000<br>    and<br>"DOE DEFENDANTS"<br>1 through 10,<br>    Defendants | CIVIL ACTION NO.: 08-cv-0330 (RJL)<br><br><br><br>PROOF OF SERVICE<br><br><br><br>Judge: Hon. LEON, RICHARD J. |

### PROOF OF SERVICE

Mr./Mrs. _____, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

-1-

to this action. My business/residence address: <u>595 North La Cadena Drive, Colton, CA 92324</u>.

On <u>3\3</u>, 2008, at the direction of <u>Attorney for Lockheed Martin Corporation</u> I served the within <u>Aleksandr L. Yufa's Notice of the filed Related case (filed on 3/3/2008 with the U.S. District court, Central District of California)</u>

on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

O'Melveny & Myers. LLP
Mr. V. Winter
400 South Hope St.
Los Angeles, Ca. 90071-2899

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the <u>6th</u> day of <u>March</u> 2008.

_____

-2-