

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.:** 08-cv-00330 (RJL)

VS.

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, D.C. 20301-1000
and
"DOE DEFENDANTS"
1 through 10,
Defendants

**PROOF OF SERVICE**

**Judge:** Hon. LEON, RICHARD J.

**PROOF OF SERVICE**

Mr./Mrs. Cleo Pearce, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 3/10/08, 2008, at the direction of U.S. Attorney, I served the within SUMMONS IN A CIVIL ACTON (with the signed "Return of Service"), COMPLAINT FOR PATENT INFRINGEMENT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE, INITIAL ELECTRONIC CASE FILING ORDER, ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM, NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT, and this PROOF OF SERVICE on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney
555 4th Street, NW,
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of March 2008.

[signature]


Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.:** 08-cv-00330 (RJL)

VS.

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, D.C. 20301-1000
and
"DOE DEFENDANTS"
1 through 10,
Defendants

**PROOF OF SERVICE**

**Judge:** Hon. LEON, RICHARD J.

**PROOF OF SERVICE**

Mr./(Mrs.) Cleo Pennice [signature], the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 3/10/08, 2008, at the direction of U.S. Attorney General, I served the within SUMMONS IN A CIVIL ACTON (with the signed "Return of Service"), COMPLAINT FOR PATENT INFRINGEMENT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE, INITIAL ELECTRONIC CASE FILING ORDER, ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM, NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT, and this PROOF OF SERVICE on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW,
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of March 2008.

[signature]

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.:** 08-cv-00330 (RJL)

VS.

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, D.C. 20301-1000
and
"DOE DEFENDANTS"
1 through 10,
Defendants

**PROOF OF SERVICE**

**Judge:** Hon. LEON, RICHARD J.

## PROOF OF SERVICE

Mr/(Mrs.) Cleo Pennico, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 3/10/08, 2008, at the direction of U.S. Department of Defense, I served the within SUMMONS IN A CIVIL ACTON (with the signed "Return of Service"), COMPLAINT FOR PATENT INFRINGEMENT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE, INITIAL ELECTRONIC CASE FILING ORDER, ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM, NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT, and this PROOF OF SERVICE on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Department of Defense
1000 Defense Pentagon,
Washington, D.C. 20301-1000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of March 2008.

[signature]