RECEIVED
MAR 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
    IN PRO-SE

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
    Plaintiff in Pro-Se

VS.

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, D.C. 20301-1000
    and
"DOE DEFENDANTS"
1 through 10,
    Defendants

**CIVIL ACTION NO.:** 08-cv-00330

**PROOF OF SERVICE**

**Judge:** Hon. LEON, RICHARD J.

## PROOF OF SERVICE

Mr./Mrs. _____Cleo Penrice_____, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On ___3\8\___, 2008, at the direction of U.S. Attorney, I served the within CASE MANAGEMENT ORDER of March 5, 2008, and this PROOF OF SERVICE on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney
555 4th Street, NW,
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3th day of March 2008.

*[signature]*