original

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.** CV 08-0330 (RJL)

VS.

U.S. DEPARTMENT OF DEFENSE,
1000 Defense Pentagon,
Washington, D.C. 20301-1000.
and
"DOE-DEFENDANTS"
1 through 10,
Defendants

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT**

**Judge:** Hon. RICHARD J. LEON

To the First Listed Defendant - U.S. Department of Defense and all interested parties:

Notice is hereby given, that on April 14, 2008 Plaintiff, Aleksandr L Yufa, does request for the United States District Court - District of Columbia Order Granting Default Judge-

ment in favor of Plaintiff.

Aleksandr L. Yufa (hereinafter "Yufa" or "Plaintiff") requests, pursuant of Federal Rule of Civil Procedure 55, that the First Listed Defendant - U.S. Department of Defense (hereinafter "DoD" or "Defendant"), against whom a judgement for relief is sought, has failed to defend.

The request for Default Judgement is based on this Aleksandr L. Yufa's Notice and Motion for Default Judgement, Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgement, and Declaration of Aleksandr L. Yufa in Support of Motion for Default Judgement.

Respectfully submitted:

April 14, 2008

**Aleksandr L. Yufa**, Ph.D.
Plaintiff IN PRO-SE

**AFFIDAVIT OF SERVICE**

Mr/Mrs [signature], the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 4/14, 2008, at the direction of U.S. Attorney, I served the within PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney
555 4th Street, NW,
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of April 2008.

[signature]

**AFFIDAVIT OF SERVICE**

Mr./Mrs. Cleo Pennice, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 4\14, 2008, at the direction of U.S. Attorney General, I served the within PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW,
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of April 2008.

Cleo Pennice

**AFFIDAVIT OF SERVICE**

Mr/Mrs. Cleo Pernice, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 4/14, 2008, at the direction of U.S. Department of Defense, I served the within PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Department of Defense
1000 Defense Pentagon,
Washington, D.C. 20301-1000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of April 2008.

[signature]

original

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

VS.

U.S. DEPARTMENT OF DEFENSE,
1000 Defense Pentagon,
Washington, D.C. 20301-1000.
and
"DOE-DEFENDANTS"
1 through 10,
Defendants

**CIVIL ACTION NO.** CV 08-0330 (RJL)

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT**

**Judge:** Hon. RICHARD J. LEON

## MEMORANDUM OF POINTS AND AUTHORITIES

STATEMENT OF FACTS

**I.** On July 20, 2007, Plaintiff - Aleksandr L. Yufa (hereinafter "Yufa" or "Plaintiff") sent to the First Listed Defendant - U.S. Department of Defense (hereinafter "DoD" or "Defen-

dant") the letter (Certified Mail # 7007 0710 0002 2671 3779) [Yufa's Compl., Exh. **A**], notifying DoD about the believed infringement with the offer to license or acquire the Yufa's U.S. Patent No. 6,346,983 [Yufa's Compl., Exh. No. 1] (hereinafter " '983 patent" or "Yufa's '983 patent") and Yufa's U.S. Patent No. 6,034,769 [Yufa's Compl., Exh. No. 51] (hereinafter " '769 patent" or Yufa's 769 patent"). {Both patents may be mentioned hereinafter as "Yufa's patents" or "Patents-In-Suit"}. There was no response from DoD.

**II.** On September 25, 2007, Yufa has by Brief Follow-Up Letter by certified mail letter (Certified Mail # 7007 0710 0001 9444 0790) [Yufa's Compl.,Exh. **F**]) again notified DoD about believed infringement. There was no response from DoD.

**III.** Defendant has not responded to the Plaintiff's notifying infringement letters (Certified Mail # 7007 0710 0002 2671 3779 of July 20, 2007 and Certified Mail # 7007 0710 0001 9444 0790 of September 25, 2007).

**IV.** After waiting for DoD's response for 5 (five) months, on February 26, 2008 Plaintiff has filed the Complaint for Infringement of the U.S. Patent No. 6,034,769 (herein after " '769 patent") and U.S. Patent No. 6,346,983 (herein after " '893 patent"). [The both patent hereinafter " '769 and '893 patents" or "Patents-In-Suit"].

**V.** The Court's Case Management Order of March 5, 2008 (Doc. No. 3 on file) has been served on DoD on March 06, 2008 (Yufa's Decl., Exh. **A**, **B**, **C**, **D**, **E**) and on all interested parties: on U.S. Attorney on March 08, 2008 (Doc. No. 6 on file), and on U.S. Attorney General on March 08, 2008 (Yufa's Decl., Exh. **F**, **G**, **H**, **I**, **J**).

**VI.** The Summons in Civil Action (with the signed "Return of Service"), Complaint for Patent Infringement, Notice of Right to Consent to Trial before United States Magistrate

Judge, Initial Electronic Filing Order, Electronic Case Files Attorney/Participant Registration Form, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, and Proof of Service have been served on DoD, U.S. Attorney, and U.S. Attorney General on March 10, 2008 (Doc. No. 5 on file).

**VII.** The Summons in Civil Action (with the signed "Return of Service"), Complaint for Patent Infringement, Notice of Right to Consent to Trial before United States Magistrate Judge, Initial Electronic Filing Order, Electronic Case Files Attorney/Participant Registration Form, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, and Proof of Service have been received by DoD on March 12, 2008 at 12:02 p.m. (Yufa's Decl., Exh. **K, L**).

**VIII.** On April 11, 2008 (within the ordered by Court 30 days [Doc. No. 3 on file]), Plaintiff has not received the Defendant's Answer to the Plaintiff's Complaint. No Defendant's reply to the Plaintiff's Complaint or Motion(s) under F.R.Civ.P. 12(b) have been filed with the Court even on April _14_, 2008 (Yufa's Decl., page 4, clause "9)", and Exh. **M**). No Defendant's petition for the time extension to answer has been filed with the Court on April 11, 2008 (Yufa's Decl., Exh. **M**). No Court order granting to Defendant the time extension to answer has been filed on April 11, 2008 (Yufa's Decl., Exh. **M**).

**IX.** In compliance with F.R.Civ.P. 55, Plaintiff has not been able before or on April 11, 2008 to conferred the Default Judgement matter with the Defendant, because there are no any physical person(s) and/or Defendant's physical representative(s) to confer with (there were no any communications from the Defendant and/or Defendant's representative(s) in response to the Plaintiff's Complaint and other documents filed with the Court on this time).

**X.** Defendant has not defended:

**a)** Defendant has not declared a non-infringement starting from the date of the first Plaintiff's notifying infringement letter to Defendant of July 20, 2007;

**b)**Defendant has not defended (Defendant has not declared a non-infringement after the date of the second Plaintiff's notifying infringement Brief Follow-Up Letter to Defendant of September 25, 2007;

**c)** Defendant has not answered to the Plaintiff's Complaint within the ordered 30 days.

**XI.** The DoD's defense contractor - Lockheed Martin Corporation (hereinafter "Lockheed") has indirectly confirmed the infringement of the Patents-In-Suit:

**a)** in Lockheed's correspondence (letters) to Yufa Lockheed indirectly confirmed the operation of Lockheed's systems used by DoD in compliance with the '983 and '769 patents (Yufa's Complaint and Yufa's Complaint in the related case);

**b)** by Lockheed's statement that Lockheed's product "read on patent" (Joint Rule 26(f) Report in the related case);

**c)** by applying Lockheed's systems as a prior art under 35 U.S.C. 102(b),(g) for '983 and '769 patents invalidity (documents in the related case, e.g. such as Lockheed's Motion for Summary Judgement, etc, Yufa's Opposition to the Lockheed's Motion for Summary Judgement, Yufa's Memorandum of Controverted Facts in Support of Opposition to the Lockheed's Motion for Summary Judgement, Yufa's Declaration in Support of Opposition to the Lockheed's Motion for Summary Judgement, etc.);

**d)** by making the contradicted/opposite statements during informal investigation and during litigation. It is axiomatically proven that one of the opposite statements is a false statement.

The fact, that Lockheed made the same contradicted/opposite statements not once but multiple times, proves that Lockheed made its false statement(s) intentionally (documents in the related case and Yufa's Decl.).

**XII.** Based on the information, that DoD and, as it is believed, its officer(s)/employee(s) are the long time subscriber(s)/recipient(s) of the "CleanRoom" magazine, it is believed, that DoD had a knowledge of the Yufa's '983 patent at least from June 2002. The brief description with the patent number of the Yufa's '983 patent has been published in "CleanRoom" "The Magazine of Contamination Control Technology", Volume 16, No. 6, June 2002 (Yufa's Compl., Exh. **D**, **E**).

**XIII.** Based on facts in clause 13) hereinabove, it is believed, that the DoD's infringement of at least Yufa's '983 patent is willful infringement at least from June 2002.

**XIV.** Based on the information, fact(s), document(s), and evidence(s) disclosed above, on the materials/documents disclosed by Lockheed during formal Discovery and presented in the related case, and on the Lockheed's activity during litigation, it is believed, that DoD has used and does use all described herein Lockheed's systems and possibly manufactures the systems operating by Yufa's '983 and '769 patents, and uses the other systems manufactured by the other defense contractor(s) unknown at this time to Plaintiff.

<u>MEMORANDUM OF POINT</u>

**A.** Plaintiff's Motion based on the Federal Rule of Civil Procedure 55.

**B.** The Defendant, against whom a judgement for relief is sought, has failed to defend.

**C.** The Defendant's defense contractor - Lockheed Martin Corporation, has indirectly con-

firmed the infringement of the Patents-In-Suit.

**D.** The Defendant's continuous use of the infringing product without defense, i.e. non-declaring a non-infringement after Plaintiff's notification of infringement in July 20, 2007, establishes a willful infringement at least from the July 20, 2007.

**E.** Based on the information, documents, and facts, there is a strong possibility of the finding of the willful infringement from June 2002 ((Yufa's Compl., Exh. **D**, **E**).

STATEMENT OF LEGAL AUTHORITY

As provided by Federal Rule of Civil Procedure 55(a):

> "[W]hen a party against whom a judgement ... is sought has failed ... to defend ... the clerk shall enter the party's default".

Under the law *[Knorr-Bremse v. Dana Corp., 383 F3d 1337 (Fed. Cir. 2004)]*, a person have a duty of due care to determine whether or not person infringe any in-force patents, and in compliance with the law - 35 U.S.C. 273(b)(1) - the defendant has to defend, i.e.:

> "... It shall be a defense to an action for infringement ..."

The initial approximately estimated amount, provided in the related case, of damage caused by the continuous infringement is $154,500,000.00 (Yufa's Compl.). The amount does not consider the finding of the willful infringement, interest, cost, attorney's fees, and emotional distress caused by the Defendant's misrepresentation of the Plaintiff's achievements as a Defendant's achievements (Yufa's Compl., Exh. **C**).

Defendant has violated the Court's Order of March 5, 2008 to reply "...within 30 days ...".

Plaintiff, Aleksandr L. Yufa, respectfully asks the Court to Enter the Default Judgement and Order Granting Default Judgement in favor of Plaintiff.

Plaintiff prays for a default judgement against Defendants for damage, caused by the continued infringement, in the sum/amount specified/accounted by Jury/Court, a default judgement against Defendants for an emotional distress, caused by the continued infringement and misrepresentation of the Plaintiff's achievements as Defendants' achievements, in the sum/amount specified/accounted by Jury/Court, an assessment of interest and cost against Defendants, as well as a finding of willful infringement sufficient to warrant an award of attorneys' fees, and a final injunction against continued infringement.

Respectfully submitted:

April 14, 2008

**Aleksandr L. Yufa**, Ph.D.
Plaintiff IN PRO-SE

**AFFIDAVIT OF SERVICE**

Mr./Mrs. Cleo Penrice, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 4/14/08, 2008, at the direction of U.S. Department of Defense, I served the within PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Department of Defense
1000 Defense Pentagon,
Washington, D.C. 20301-1000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of April 2008.

[signature]

**AFFIDAVIT OF SERVICE**

Mr./Mrs. Cleo Bernice, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 4/14, 2008, at the direction of U.S. Attorney, I served the within PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney
555 4th Street, NW,
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of April 2008.

Cleo Bernice.

**AFFIDAVIT OF SERVICE**

Mr/Mrs Cleo Penrice, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 4/14, 2008, at the direction of U.S. Attorney General, I served the within PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW,
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of April 2008.

Cleo Penrice

Original

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.** CV 08-0330-(RJL)

VS.

U.S. DEPARTMENT OF DEFENSE,
1000 Defense Pentagon,
Washington, D.C. 20301-1000.
and
"DOE-DEFENDANTS"
1 through 10,
Defendants

**DECLARATION OF ALEKSANDR L. YUFA IN SUPPORT OF THE MOTION FOR DEFAULT JUDGEMENT**

**Judge:** Hon. RICHARD J. LEON

I, Aleksandr L. Yufa, declare the following:

**1)** I am a Plaintiff in the case of Aleksandr L. Yufa vs. U.S. Department of Defense and "Doe Defendants" 1 through 10 [Case No. CV 08-0330 (RJL)] in the United Sta-

tes District Court - District of Columbia, and I am acting as pro-se.

**2)** On July 20, 2007, Plaintiff - Aleksandr L. Yufa (hereinafter "Yufa" or "Plaintiff") sent to the First Listed Defendant - U.S. Department of Defense (hereinafter "DoD" or "Defendant") the letter (Certified Mail # 7007 0710 0002 2671 3779) [Yufa's Compl., Exh. **A**], notifying DoD about the believed infringement with the offer to license or acquire the Yufa's U.S. Patent No. 6,346,983 [Yufa's Compl., Exh. No. 1 (hereinafter " '983 patent" or "Yufa's '983 patent") and Yufa's U.S. Patent No. 6,034,769 [Yufa's Compl., Exh. No. 51] (hereinafter " '769 patent" or Yufa's 769 patent"). {Both patents may be mentioned hereinafter as "Yufa's patents" or "Patents-In-Suit"}. There was no response from DoD.

**3)** On September 25, 2007, Yufa has by Brief Follow-Up Letter by certified mail letter (Certified Mail # 7007 0710 0001 9444 0790) [Yufa's Compl.,Exh. **F**]) again notified DoD about believed infringement. There was no response from DoD.

**4)** Defendant has not responded to the Plaintiff's notifying infringement letters (Certified Mail # 7007 0710 0002 2671 3779 of July 20, 2007 and Certified Mail # 7007 0710 0001 9444 0790 of September 25, 2007).

**5)** After waiting for DoD's response for 5 (five) months, on February 26, 2008 Plaintiff has filed the Complaint for Infringement of the U.S. Patent No. 6,034,769 (herein after " '769 patent") and U.S. Patent No. 6,346,983 (herein after " '893 patent"). [The both patent hereinafter " '769 and '893 patents" or "Patents-In-Suit"].

**6)** The Court's Case Management Order of March 5, 2008 (Doc. No. 3 on file)

has been served on DoD on March 06, 2008 (Exhibit **A** is a true and correct copy of the Affidavit of Service, Exhibit **B** is a true and correct copy of the mailing receipts, Exhibit **C** is a true and correct copy of the United States Postal Service tracking Web-page print-out, Exhibit **D** is a true and correct copy of the mailing receipts of the Affidavit of Service to the Court for filing, and Exhibit **E** is a true and correct copy of the United States Postal Service tracking Web-page print-out), and on all interested parties: on U.S. Attorney on March 08, 2008 (Doc. No. 6 on file), and on U.S. Attorney General on March 08, 2008 (Exhibit **F** is a true and correct copy of the Affidavit of Service, Exhibit **G** is a true and correct copy of the mailing receipts, Exhibit **H** is a true and correct copy of the United States Postal Service tracking Web-page print-out, Exhibit **I** is a true and correct copy of the receipts of the mailing of the Affidavit of Service to the Court for filing, and Exhibit **J** is a true and correct copy of the United States Postal Service tracking Web-page print-out).

**7)** The Summons in Civil Action (with the signed "Return of Service"), Complaint for Patent Infringement, Notice of Right to Consent to Trial before United States Magistrate Judge, Initial Electronic Filing Order, Electronic Case Files Attorney/Participant Registration Form, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, and Proof of Service have been served on DoD, U.S. Attorney, and U.S. Attorney General on March 10, 2008 (Doc. No. 5 on file).

**8)** The Summons in Civil Action (with the signed "Return of Service"), Complaint for Patent Infringement, Notice of Right to Consent to Trial before United States Magistrate Judge, Initial Electronic Filing Order, Electronic Case Files Attorney/Participant

Registration Form, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, and Proof of Service have been received by DoD on March 12, 2008 at 12:02 p.m. (Exhibit **K** is a true and correct copy of the mailing receipts, Exhibit **L** is a true and correct copy of the United States Postal Service tracking Web-page print-out).

**9)** On April 11, 2008 (within the ordered by Court 30 days [Doc. No. 3 on file]), Plaintiff has not received the Defendant's Answer to the Plaintiff's Complaint. No Defendant's reply to the Plaintiff's Complaint or Motion(s) under F.R.Civ.P. 12(b) have been filed with the Court even on April 14, 2008 (Exhibit **M** is a true and correct copy of the case's "History/Documents" print-out [edited] from the Court's Web-page [printed-out on April 14, 2008 at 10: 06 a.m. EST]). No Defendant's petition for the time extension to answer has been filed with the Court on April 11, 2008 (Exhibit **M**). No Court order granting to Defendant the time extension to answer has been filed on April 11, 2008 (Exhibit **M**).

**10)** In compliance with F.R.Civ.P. 55, Plaintiff has not been able before or on April 11, 2008, to conferred the Default Judgement matter with the Defendant, because there are no any physical person(s) and/or Defendant's physical representative(s) to confer with (there were no any communications from the Defendant and/or Defendant's representative(s) in response to the Plaintiff's Complaint and other documents filed with the Court).

**11)** Defendant has not defended:

**a)** Defendant has not declared a non-infringement starting from the date of the first Plaintiff's notifying infringement letter to Defendant of July 20, 2007;

**b)**Defendant has not defended (Defendant has not declared a non-infringement after the date

of the second Plaintiff's notifying infringement Brief Follow-Up Letter to Defendant of September 25, 2007;

**c)** Defendant has not answered to the Plaintiff's Complaint within the ordered 30 days.

   **12)** The DoD's defense contractor - Lockheed Martin Corporation (hereinafter "Lockheed") has indirectly confirmed the infringement of the Patents-In-Suit:

**a)** in Lockheed's correspondence (letters) to Yufa Lockheed indirectly confirmed the operation of Lockheed's systems used by DoD in compliance with the '983 and '769 patents (Yufa's Complaint and Yufa's Complaint in the related case);

**b)** by Lockheed's statement that Lockheed's product "read on patent" (Joint Rule 26(f) Report in the related case);

**c)** by applying Lockheed's systems as a prior art under 35 U.S.C. 102(b),(g) for '983 and '769 patents invalidity (documents in the related case, e.g. such as Lockheed's Motion for Summary Judgement, etc, Yufa's Opposition to the Lockheed's Motion for Summary Judgement, Yufa's Memorandum of Controverted Facts in Support of Opposition to the Lockheed's Motion for Summary Judgement, Yufa's Declaration in Support of Opposition to the Lockheed's Motion for Summary Judgement, etc.);

**d)** by making the contradicted/opposite statements during informal investigation and during litigation. It is axiomatically proven that one of the opposite statements is a false statement. The fact, that Lockheed made the same contradicted/opposite statements not once but multiple times, proves that Lockheed made its false statement(s) intentionally (documents in the related case, e.g. such as Yufa's Motion to Compel, Yufa's Opposition to the Lockhe-

ed's Motion for Summary Judgement, Yufa's Memorandum of Controverted Facts in Support of Opposition to the Lockheed's Motion for Summary Judgement, Yufa's Declaration in Support of Opposition to the Lockheed's Motion for Summary Judgement, Yufa's Opposition to the Lockheed's Ex-Parte Application for a Stay Pending during Reexamination of the U.S. Patent No. 6,034,769 and U.S. Patent No. 6,346,983, etc.).

**13)** Based on the information, that DoD and, as it is believed, its officer(s)/employee(s) are the long time subscriber(s)/recipient(s) of the "CleanRoom" magazine, it is believed, that DoD had a knowledge of the Yufa's '983 patent at least from June 2002. The brief description with the patent number of the Yufa's '983 patent has been published in "CleanRoom" "The Magazine of Contamination Control Technology", Volume 16, No. 6, June 2002 (Yufa's Compl., Exh. **D** and **E**).

**14)** Based on facts in clause 13) hereinabove, it is believed, that the DoD's infringement of at least Yufa's '983 patent is willful infringement at least from June 2002.

**15)** Based on the information, fact(s), document(s), and evidence(s) disclosed above, on the materials/documents disclosed by Lockheed during formal Discovery and presented in the related case, and on the Lockheed's activity during litigation, it is believed, that DoD has used and does use all described herein Lockheed's systems and possibly manufactures the systems operating by Yufa's '983 and '769 patents, and uses the other systems manufactured by the other defense contractor(s) unknown at this time to Plaintiff.

CONCLUSION

**1)** The Defendant, against whom a judgement for relief is sought, has failed to defend.

**2)** The Defendant's defense contractor - Lockheed Martin Corporation, has indirectly confirmed the infringement of the Patents-In-Suit.

**3)** The Defendant's continuous use of the infringing product without defense, i.e. non-declaring a non-infringement after Plaintiff's notification of infringement in July 20, 2007, establishes a willful infringement at least from the July 20, 2007.

**4)** Based on the information, documents, and facts, there is a strong possibility of the finding of the willful infringement from June 2002 (Yufa's Compl., Exh. **D** and **E**).

**5)** Under the law *[Knorr-Bremse v. Dana Corp., 383 F3d 1337 (Fed. Cir. 2004)]*, a person have a duty of due care to determine whether or not person infringe any in-force patents,

**6)** Under the law - 35 U.S.C. 273(b)(1) - the defendant has to defend, i.e.:"... It shall be a defense to an action for infringement ...".

**7)** Defendant has violated the Court's Order of March 5, 2008 to reply "...within 30 days ...".

   Plaintiff, Aleksandr L. Yufa, respectfully asks the Court to Enter the Default Judgement and Order Granting Default Judgement in favor of Plaintiff.

   I declare under penalty of perjury of the State of California, that the foregoing in this dec-

declaration is true and correct as to my best knowledge, understanding, and belief.

Respectfully submitted:

April 14, 2008

**Aleksandr L. Yufa**, Ph.D.
Plaintiff IN PRO-SE

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.:** 08-cv-0330

VS.

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, D.C. 20301-1000
and
"DOE DEFENDANTS"
1 through 10,
Defendants

**PROOF OF SERVICE**

**Judge:** Hon. LEON, RICHARD J.

**PROOF OF SERVICE**

Mr/Mrs. Olga Penrice, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 3/6, 2008, at the direction of U.S. Department of Defense, I served the within U.S District Court District of Columbia Case management order of March 5, 2008

on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of March 2008.

[signature]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 3450 0002 7526 7660

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. A. Yufa
698 Cypress Ave,
Colton, CA 92324

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20301 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.77 |

0324 05 Postmark Here — COLTON CA 92324 MAR 2008 USPS — 03/06/2008

Sent To: U.S. Department of Defense
Street, Apt. No.; or PO Box No.: 1000 Defense Pentagon
City, State, ZIP+4: Washington, DC 20301-1000

PS Form 3800, August 2006 See Reverse for Instructions

7006 3450 0002 7526 7660

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 7526 7660**
Detailed Results:

- **Delivered, March 10, 2008, 7:05 am, WASHINGTON, DC 20310**
- **Arrival at Unit, March 10, 2008, 1:48 am, WASHINGTON, DC 20022**
- **Acceptance, March 06, 2008, 3:43 pm, COLTON, CA 92324**

< Back Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. 

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. District Court
District of Columbia
333 Constitution Ave. NW
Washington DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 10 2008

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 3450 0002 7526 7806

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. A. Yufa
698 Cypress Ave.,
Colton, CA 92324

52

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.31 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.11 |

Postmark Here: COLTON CA 92324 USPS, 05 MAR 6 2008, 03/06/2008

Sent To: U.S. District Court
Street, Apt. No.; or PO Box No.: 333 Constitution Ave, NW
City, State, ZIP+4: Washington, DC 20001

7006 3450 0002 7526 7806

PS Form 3800, August 2006 See Reverse for Instructions



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 7526 7806**
Detailed Results:

- **Delivered, March 10, 2008, 1:37 pm, WASHINGTON, DC 20001**
- **Arrival at Unit, March 10, 2008, 12:06 pm, WASHINGTON, DC 20001**
- **Acceptance, March 06, 2008, 3:44 pm, COLTON, CA 92324**

Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA            

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
IN PRO-SE

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.:** 08-cv-00330

VS.

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, D.C. 20301-1000
and
"DOE DEFENDANTS"
1 through 10,
Defendants

**PROOF OF SERVICE**

**Judge:** Hon. LEON, RICHARD J.

**PROOF OF SERVICE**

Mr./(Mrs.) Ana Henrice [handwritten], the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party

to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On 3\8, 2008, at the direction of U.S. Attorney General, I served the within CASE MANAGEMENT ORDER of March 5, 2008, and this PROOF OF SERVICE on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW,
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of March 2008.

[signature]

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 14 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 3450 0002 7526 7516

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. A. Yufa
698 Cypress Ave,
Colton, CA 92324

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: UPTOWN SAN BERNARDINO CA 92405 USPS — MAR 8 2008

Sent To: U.S. Department of Justice / U.S. Attorney General

Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW

City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006 See Reverse for Instructions

7006 3450 0002 7526 7516

 UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 7526 7516**
Detailed Results:

- **Delivered, March 14, 2008, 4:39 am, WASHINGTON, DC 20530**
- **Notice Left, March 14, 2008, 3:50 am, WASHINGTON, DC 20530**
- **Arrival at Unit, March 14, 2008, 1:47 am, WASHINGTON, DC 20022**
- **Acceptance, March 08, 2008, 11:33 am, SAN BERNARDINO, CA 92405**

*< Back* *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.

*Go >*

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. *Go >*

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved No FEAR Act EEO Data FOIA   



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 12 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 3450 0002 7526 1057

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. A. Yufa
698 Cypress Ave.,
Colton, CA 92324

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — SAN BERNARDINO — MAR 8 2008

7006 3450 0002 7526 1057

Sent To: US District Court
District of Columbia
Street, Apt. No.; or PO Box No.: 333 Constitution Ave., NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, August 2006 See Reverse for Instructions

 Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 7526 1057**
Detailed Results:

- **Delivered, March 12, 2008, 1:49 pm, WASHINGTON, DC 20001**
- **Arrival at Unit, March 12, 2008, 10:45 am, WASHINGTON, DC 20001**
- **Acceptance, March 08, 2008, 11:32 am, SAN BERNARDINO, CA 92405**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA     

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Defense
1000 Defense Pentagon,
Washington,
DC 20301-1000

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0004 3377 8448

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. A. Yufe
698 Cypress Ave.,
Colton, CA 92324

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20301 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $13.45 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $18.25 |

0324

Postmark Here: COLTON CA 92324 MAR 10 2008 USPS 03/10/2008

Sent To: U.S. Department of Defense
Street, Apt. No.; or PO Box No. 1000 Defense Pentagon
City, State, ZIP+4 Washington, DC 20301-1000

PS Form 3800, August 2006 See Reverse for Instructions

7006 2760 0004 3377 8448


Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0004 3377 8448**
Detailed Results:

- **Delivered, March 12, 2008, 12:02 pm, WASHINGTON, DC 20310**
- **Arrival at Unit, March 12, 2008, 6:57 am, WASHINGTON, DC 20022**
- **Acceptance, March 10, 2008, 2:47 pm, COLTON, CA 92324**

*< Back* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. *Go >*

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA    

**1:08-cv-00330-RJL** YUFA v. U.S. DEPARTMENT OF DEFENSE et al
Richard J. Leon, presiding
**Date filed:** 02/26/2008
**Date of last filing:** 03/13/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:*<br>*Entered:* | 02/26/2008<br>02/28/2008 | Summons Issued as to AUSA |
| 1 | *Filed:*<br>*Entered:* | 02/26/2008<br>02/28/2008 | Complaint |
| 2 | *Filed:*<br>*Entered:* | 02/26/2008<br>02/28/2008 | Notice of Related Case |
| 3 | *Filed & Entered:* | 03/05/2008 | Order |
| 4 | *Filed:*<br>*Entered:* | 03/10/2008<br>03/11/2008 | Notice (Other) |
| 6 | *Filed:*<br>*Entered:* | 03/12/2008<br>03/17/2008 | Notice (Other) |
| 5 | *Filed:*<br>*Entered:* | 03/13/2008<br>03/17/2008 | Notice (Other) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/14/2008 10:06:36 | | | |
| **PACER Login:** | [redacted] | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:08-cv-00330-RJL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEKSANDR L. YUFA,
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454-phone
Plaintiff in Pro-Se

**CIVIL ACTION NO.** CV 08-0330 (RJL)

VS.

U.S. DEPARTMENT OF DEFENSE,
1000 Defense Pentagon,
Washington, D.C. 20301-1000.
and
"DOE-DEFENDANTS"
1 through 10,
Defendants

**ORDER**

**Judge:** Hon. RICHARD J. LEON

The Defendant - U.S. Department of Defense has failed to defend and the Plaintiff - Aleksandr L. Yufa's Motion for Default Judgement is **GRANTED.**

**SO ORDERED**

______________________________
Hon. RICHARD J. LEON
United States District Judge