## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXSANDR L. YUFA<br>698 Cypress Avenue<br>Colton, CA 92324-1952<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>1000 Defense Pentagon,<br>Washington, D.C. 20301-1000<br><br>and<br><br>"DOE DEFENDANTS"<br>1 through 10,<br><br>        Defendants. | Civil Action No. 08-0330 (RJL) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the federal defendant, U.S. Department of Defense, in the above-captioned case.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    BRIAN C. BALDRATE
                                                    Special Assistant United States Attorney
                                                    Civil Division
                                                    555 Fourth St., N.W.
                                                    Washington, D.C.  20530
                                                    202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage paid to:

ALEXSANDR L. YUFA
698 Cypress Avenue
Colton, CA 92324-1952

on this _____ day of April, 2008.

                                                  _____/s/_____
                                                BRIAN C. BALDRATE
                                                Special Assistant United States Attorney
                                                Civil Division
                                                555 Fourth St., N.W.
                                                Washington, D.C.  20530
                                                202-353-9895  / FAX 202-514-8780