IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXSANDR L. YUFA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 08-0330 (RJL) |
| | ) |
| **DEPARTMENT OF DEFENSE, et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' CONSENT MOTION TO STAY DUTY
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
PENDING THE COURT'S RESOLUTION OF PLAINTIFF'S MOTION TO TRANSFER**

Plaintiff brings this action asserting a claim of patent infringement against the United States. (Compl. at 17.) On April 24, 2008, Plaintiff filed a consent motion to transfer the case to the United States Court of Federal Claims as that is the proper forum for patent infringement claims against the government under 28 U.S.C. § 1498(a). (R.#9, Consent Motion to Transfer, at 4-5.) In his motion to transfer, Plaintiff cites to 28 U.S.C. § 1631, which provides:

> Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed . .

Defendants consented to Plaintiff's motion to transfer his case to the Court of Federal Claims given that Plaintiff indicates his Complaint is a patent infringement claim against the government, and the U.S. Court of Federal Claims has exclusive jurisdiction over 28 U.S.C. § 1498(a); <u>Crater Corp. v. Lucent Techs.</u>, 255 F.3d 1361, 1364-65 (Fed. Cir. 2001) (stating that United States Court of Federal Claims has exclusive jurisdiction over patent infringement suits against the government).

Defendant now respectfully moves this Court to stay Defendants' duty to Answer, Move, or Otherwise Respond to Plaintiff's Complaint until the Court determines whether to grant Plaintiff's request to transfer his Complaint to the Court of Federal Claims. Good Cause exists to grant this motion:

1. Plaintiff has requested his case be transferred to the Court of Federal Claims.

2. Staying Defendants' obligation to Answer, Move, or Otherwise Respond pending resolution of Plaintiff's motion to transfer his case to the Court of Federal Claims will conserve individual and judicial resources and lead to a prompt resolution of this matter.

3. Defendant's Answer, Motion, or Other Response to the Complaint is presently due May 16, 2008.

4. Plaintiff consents to this stay.

For these reasons, Defendants request that the Court stay Defendants' duty to Answer, Move, or Otherwise Respond to Plaintiff's Complaint until the Court determines whether to grant Plaintiff's consent motion to transfer his complaint to the Court of Federal Claims.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid addressed to:

**ALEXSANDR L. YUFA**
**698 Cypress Avenue**
**Colton, CA 92324-1952**

  on this _____ day of May, 2008.

                                              Respectfully submitted,

                                              _____/s/_____
                                              BRIAN C. BALDRATE
                                              Special Assistant U.S. Attorney
                                              555 Fourth St., N.W., Room E4408
                                              Washington, D.C.  20530
                                              202-353-9895 / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXSANDR L. YUFA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 08-0330 (RJL) |
| ) | |
| **DEPARTMENT OF DEFENSE, et. al.** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter comes before the Court on Defendants' Consent Motion to stay Defendants' duty to Answer, Move, or Otherwise Respond to Plaintiff's Complaint until the Court determines whether to grant Plaintiff's request to transfer his Complaint to the Court of Federal Claims. Based upon the motion, and the entire record herein, it is this ____ day of

_____, 20___ hereby

**ORDERED** that Defendant's Motion to Stay is **GRANTED**.

**SO ORDERED**.

Richard J. Leon
United States District Judge

Copies to:
Defendants via ECF and to Plaintiff via first class mail