RECEIVED
MAY 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attorney(s) for Plaintiff(s)

Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324-1952
E-mail: ypesinc@msn.com
(909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
    IN PRO-SE

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br>    **Plaintiff in Pro-Se**<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>and<br>"DOE-DEFENDANTS" 1 through 10,<br>    **Defendants** | CIVIL ACTION NO. CV 08-0330 (RJL)<br><br>PLAINTIFF'S REPLY TO DEFENDANT'S CONSENT MOTION TO STAY DUTY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PENDING THE COURT'S RESOLUTION OF PLAINTIFF'S MOTION TO TRANSFER<br><br>**Judge:** Hon. RICHARD J. LEON |

Plaintiff - Aleksandr L. Yufa (hereinafter "Yufa" or "Plaintiff"), replies to the Defendant's Consent Motion as follows:

1) According to the telephone conference (Defendant's counsel [Mr. Brain C. Baldrate, Special Assistant U.S. Attorney] call, as to the Plaintiff's best recollection, on Wednesday of May 14, 2008 [Thursday of May 15, 2008 is possible]), Plaintiff consented the future Defen-

dant's paper for filing with the Court related to the written confirmation of the Defendant's consent with the Plaintiff's Motion to Transfer, and Defendant's request for the time extension with respect to the Court's resolution of the Plaintiff's Motion to Transfer.

**2)** Consenting the issues, mentioned in the clause 1) above, Plaintiff, on the grounds of the active "Court Case Management Order of March 5, 2008" (Doc. No. 3 on file), disagrees with (opposes to/objects to) the Defendant's statement that the "... 3. Defendant's Answer, Motion, or Other Response to the Complaint is presently due May 16, 2008. ...". {P.S. Previously, during the one of the telephone conversations with the counsel for the Defendant, Plaintiff has mentioned that, as to the Plaintiff's best understanding, in compliance with the Court Order of March 5, 2008 the period to answer or reply to the Plaintiff's Complaint has been ordered by the Court "within 30 days", which has expired in the middle of April, 2008 (to the Plaintiff's best understanding, the "within 30 days" has expired on April 12, 2008, on the grounds of the Court Order of March 5, 2008 and according to the Plaintiff's Exhibits and statements presented in the Plaintiff's Doc. Nos. 7 and 9 on file)}.

**3)** This Reply has been telephonically conferred with the counsel for Defendant on May _19_, 2008.

Respectfully submitted:

_May___, _2008_                           _____
                                          Aleksandr L. Yufa, Ph.D.
                                          Plaintiff IN PRO-SE

-2-

## AFFIDAVIT OF SERVICE

Mr/Mrs. _Cleo Penrice_, the undersigned, declares:

I am a citizen of the United States of America. I am over the age 18 years and not a party to this action. My business/residence address: 595 North La Cadena Drive, Colton, CA 92324.

On _5/19/08_, 2008, at the direction of _Special Assistant U.S. Attorney_, I served the within PLAINTIFF'S REPLY TO DEFENDANT'S CONSENT MOTION TO STAY DUTY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PENDING THE COURT'S RESOLUTION OF PLAINTIFF'S MOTION TO TRANSFER on the following interested party by Certified Mail, with postage thereon fully prepaid, a true copies thereof to:

U.S. Attorney
Mr. BRIAN C. BALDRATE,
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
PHONE: (202) 353-9895
FAX:    (202) 514-8780

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19_ day of _May_ 2008.

_Cleo Penrice_

Affidavit of Service